LAMBERSON, Respondent, *v.* McNAUGHTON, Appellant.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.
No opinion. Order affirmed, with $10 costs and disbursements.